No. 86–1196 (A–532). BENNETT v. TEXAS. Ct. Crim. App. Tex. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied. Certiorari denied.

No. 86–5846. HOVEY v. MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Cal. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 86–5902. GWALTNEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 86–615. BROWN v. BROWN, ante, p. 1008;
No. 86–619. ALLEN v. CHILTON CO., DIVISION OF A. B. C., INC., ante, p. 1008;
No. 86–667. POLYAK v. BUFORD EVANS & SONS, ante, p. 1018;
No. 86–5761. BRATTON-BEY v. COMPTROLLER OF THE TREASURY, ante, p. 994;
No. 86–5863. DUBOSE v. UNITED STATES, ante, p. 1042;
No. 86–5886. TELEPO v. EDWARDS ET AL., ante, p. 1042; and
No. 86–5942. TAFT-TSARELKA v. MASSACHUSETTS ET AL., ante, p. 1043. Petitions for rehearing denied.